UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ALEXANDER ALMONTE-MACEA,

        Defendant.

20 cr 686 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Government should respond to defendant Almonte-Macea's motion for pre-trial release by July 20, 2021. The Court will hold a hearing on August 6, 2021 at 10:00 a.m.

SO ORDERED.

Dated: New York, New York
July 12, 2021

/s/ John G. Koeltl
John G. Koeltl
United States District Judge