USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __8/10/21__

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

ALEXANDER ALMONTE-MACEA,
                Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

1:20 -CR-686 ( JGK ) ( -4  )

Defendant ___Alexander Almonte-Macea___ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

xxx Status and/or Scheduling Conference

___ Plea/Trial/Sentence

*Defendant Consented through counsel. MW*

Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Defense Counsel's Signature

Alexander Almonte-Macea
Print Defendant's Name

Michael Wiseberg, Esq.
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

08/10/2021
Date

U.S. District Judge/U.S. Magistrate Judge