March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                   -v-

ALEXANDER ALMONTE-MACEA,

                  Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

1:20 -CR-686 ( JGK ) ( -4    )

Defendant ___Alexander Almonte-Macea___ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_ Initial Appearance/Appointment of Counsel

\_\_\_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_ Preliminary Hearing on Felony Complaint

\_\_\_ Bail/Revocation/Detention Hearing

xxx Status and/or Scheduling Conference

\_\_\_ Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Alexander Almonte-Macea
Print Defendant's Name

_____
Defense Counsel's Signature

Michael Wiseberg, Esq.
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

11/02/2021
Date

_____
U.S. District Judge/U.S. Magistrate Judge