UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

                    20 cr 686-04 (JGK)

    -against-

**ORDER**

ALEXANDER ALMONTE-MACEA,
                Defendant.
------------------------------------------------------------X

      The defendant, Alexander Almonte-Macea, having been sentenced to time served, is hereby ordered released, pending no detainers, from the custody of the Bureau of Prisons and the United States Marshal.

**SO ORDERED.**

                                                          **JOHN G. KOELTL**
                                                 **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        January 31, 2023